**No. 47610.—Protests 60279–K, etc., of G. Hirsch Sons, Inc. (New York).**

Opinion by TILSON, J.   It was stipulated between counsel that certain of the merchandise consists of woven fabrics similar in all material respects to those

involved in *Meyer* v. *United States* (6 Cust. Ct. 191, C. D. 459). The claim at 40 percent under paragraph 385 and T. D. 48316 was sustained in accordance therewith.